# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CORLIS PERKINS,

    Plaintiff,

v.

VIRGIN AMERICA, INC.,

    Defendant.

Case No. 2:13-cv-01981-LDG (PAL)

**ORDER**

For good cause shown,

THE COURT **ADOPTS** the Report and Recommendation (#5);

THE COURT **ORDERS** that this matter is DISMISSED.

DATED this _3_ day of June, 2015.

_____
Lloyd D. George
United States District Judge